UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR NEWTON WILSON,<br><br>　　　　　　　　*Plaintiff,*<br><br>v.<br><br>NEW YORK SOCIETY FOR THE RELIEF OF THE RUPTURED AND CRIPPLED, MAINTAINING THE HOSPITAL FOR SPECIAL SURGERY,<br><br>　　　　　　　　*Defendants.* | Case No.: 1:22-cv-9207 (AT) (JLC)<br><br>DECLARATION OF<br>AMY J. TRAUB, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |

I, Amy J. Traub, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney admitted to practice in, among other courts, the courts of the State of New York and the United States District Court for the southern District of New York. I am also a Partner in the law firm of Baker & Hostetler LLP, counsel for Defendant New York Society for the Relief of the Ruptured and Crippled, Maintaining the Hospital for Special Surgery a/k/a Hospital for Special Surgery ("Defendant") in this action. As such, I am fully familiar with the facts and circumstances set forth herein.

2. Attached hereto as Exhibit A is a true and accurate copy of Plaintiff Omar Wilson's Complaint filed with the New York State Division of Human Rights.

3. Attached hereto as Exhibit B is a true and accurate copy of the New York State Division of Human Right's Determination and Order After Investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2023
　　　　New York, New York　　　　　　　　　/ s /  *Amy J. Traub*
　　　　　　　　　　　　　　　　　　　　　　Amy J. Traub