NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

OMAR WILSON,
                              Complainant,

v.

HOSPITAL FOR SPECIAL SURGERY,
                              Respondent.

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10215036**

Federal Charge No. 16GC200994

      I, Omar Wilson, residing at 2756 Lurting Avenue, bsmt, Bronx, NY, 10469, charge the above named respondent, whose address is 535 East 70th Street, New York, NY, 10021 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of creed.

      Date most recent or continuing discrimination took place is 12/6/2021.

      The allegations are:

**SEE ATTACHED COMPLAINT FORM**

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of creed, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

# New York State Division of Human Rights
## Employment Complaint Form

Although workers, interns and volunteers of all ages are protected, you must be 18 years or older to file a complaint. A parent, guardian or other person having legal authority to act in the minor's interests must file on behalf of a person under the age of 18.

| 1. Your contact information: | | 10215036 |
|---|---|---|
| First Name: Omar | | Middle Initial/Name: N |
| Last Name: Wilson | | |
| Street Address/ PO Box: 2756 Lurting avenue | | Apt or Floor #: bsmt |
| City: Bronx | State: NY | Zip Code: 10469 |
| If you are filing on behalf of another, provide the name of that person: | Date of birth: | Relationship: |

**2. Regulated Areas:** Check the area where the discrimination occurred:
(If you wish to file against multiple entities, for example employer and temp agency, please file a separate complaint against each.)

- ☑ Employment *(including paid internship)*
- ☐ Internship *(unpaid)*
- ☐ Contract Work *(independent contractor, or work for a contractor)*
- ☐ Volunteer Position
- ☐ by a Labor Organization
- ☐ Apprentice Training
- ☐ by a Temp or Employment Agency
- ☐ Licensing

**3. You are filing a complaint against:**

Employer, Worksite, Agency or Union Name
Hospital for Special Surgery

Street Address/ PO Box
535 East 70th street

| City: ny | State: ny | Zip Code: 10021 |
|---|---|---|

Telephone Number:
212-606-1000

In what *county or borough* did the violation take place?
Manhattan

Individual people who discriminated against you:

Name: _____   Title: _____

Name: _____   Title: _____

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*
The most recent act of discrimination happened on:   12062021
                                                     month   day   year

**5. For employment and internships, how many employees does this company have?**
☐ 1-14    ☐ 15-19    ☑ 20 or more    ☐ Don't know

1
Complaint

| 6. Are you currently working for this company? | |
|---|---|
| ☐ Yes. Date of hire: ___ month ___ day ___ year | What is your position? |
| ☑ No. Last day of work: 12 month 06 day 2021 year | What was your position?<br>**Senior Implant Technician** |
| ☐ I was never hired.<br>Date of application: ___ month ___ day ___ year | What position did you apply for? |

**7. Basis of alleged discrimination:**
Check **ONLY** the boxes that you believe were the reasons for discrimination, and fill in specifics only for those reasons. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age:**<br>Date of Birth: _____ | ☐ **Familial Status:** |
| ☐ **Arrest Record** | ☐ **Military Status:**<br>☐ Active Duty  ☐ Reserves  ☐ Veteran |
| ☐ **Conviction Record** | ☐ **Marital Status**<br>☐ Single  ☐ Married  ☐ Separated<br>☐ Divorced  ☐ Widowed |
| ☑ **Creed/ Religion:**<br>Please specify: belief | ☐ **National Origin:**<br>Please specify: _____ |
| ☐ **Disability:**<br>Please specify: _____ | ☐ **Predisposing Genetic Characteristic:** |
| ☐ **Domestic Violence Victim Status** | ☐ **Pregnancy-Related Condition:**<br>Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sexual Orientation:**<br>Please specify: _____ |
| ☐ **Race/Color or Ethnicity:**<br>Please specify: _____<br>☐ Trait historically associated with race such as hair texture or hairstyle | ☐ **Sex:**<br>Please specify: _____<br>Specify if the discrimination involved:<br>☐ Pregnancy  ☐ Sexual Harassment |
| ☐ **Use of Guide Dog, Hearing Dog, or Service Dog** | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, **or opposed or reported discrimination due to any category above,** check below:

☐ **Retaliation:** How did you oppose discrimination: _____

If you believe you were discriminated against because of your relationship or association with a member or members of a protected category listed above, indicate the relevant category(ies) above, and check below.

☐ **Relationship or association**

2
Complaint

| 8. Acts of alleged discrimination: *What did the person/company you are complaining against do? Check all that apply* | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Gave me a disciplinary notice or negative performance review | ☐ Denied my request for an accommodation for my disability, or pregnancy-related condition | ☐ Sexual harassment |
| ☑ Fired me/laid me off | ☑ Suspended me | ☐ Denied me an accommodation for domestic violence | ☐ Harassed or intimidated me on any basis indicated above |
| ☐ Demoted me | ☐ Did not call back after lay-off | ☑ Denied me an accommodation for my religious practices | ☐ Denied services or treated differently by a temp or employment agency |
| ☐ Denied me promotion/ pay raise | ☐ Paid me a lower salary than other co-workers doing the same job | ☐ Denied me leave time or other benefits | ☐ Denied a license by a licensing agency |
| ☐ Denied me training | ☐ Gave me different or worse job duties than other workers doing the same job | ☐ Discriminatory advertisement or inquiry or job application | ☐ Other: |

3
Complaint

## 9. Description of alleged discrimination

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

In August 2021, I applied for a religious exemption from taking the Sars-Cov-2 vaccine due to conflicts with my beliefs. I expressed that I cannot take this vaccine do to my personal beliefs. I was able to work until November 19th, when I was placed on unpaid suspension. On December 6th I was terminated from employment due to lack of proof of vaccination, citing the State Mandate. With the Hospital being fully aware that my reasons for not taking this vaccine are of a creed origin, I feel I have been discriminated against. I am free to reject any practices that go against my beliefs.

The State mandate is a bind between Employers and the State. I am arguing a completely seperate issue. This discrimination is between my employer and myself. The fact that my Employer is mandated by the state to enforce these actions is completely seperate. As it stands, my employer has terminated me for refusing to comply with a practice that is against my beliefs. If there is a conflict here, my employer is free to take it up with the State.

Under Unlawful discriminatory practices 296 10, it is unlawful for my employer to force me to forego a sincerly held belief.

Secondly, my employer communicated to me that they could not convert my position to a fully remote position. There are an incredible amount of positions that were converted to remote during the past 2 years. My department has multiple assignments that can be done remotely, and sometimes our daytime coordinator performs these actions from home. There are other departments whose entire staff has been converted to remote ie, "Purchasing". There is even a Director of a department that lives in Canada.

Thirdly, I have not been contacted by my employer in regards to me returning my identification badges, keys and other effects. I called and emailed my director about these effects and my personal effects and was told I would be given this information. This was three weeks ago. Calls and emails have not been returned.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

**Signature (Declaration or Oath)**

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)
**PLEASE INITIAL** OW

Human Rights Law § 297.1 requires that a complaint filed with the Division of Human Rights must be "under oath or by declaration." **You must complete either the "declaration" or "oath" sections below.** The declaration requires only your signature and does not need to be notarized. The oath requires that you sign it before a notary.

**DECLARATION**

I affirm this 31 day of December (month), 2021 (year) at new york (city), NY (state), under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.

Omar Wilson
[Complainant name]

**OATH**

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF            )

_____, being duly sworn, deposes and says: that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and knows the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believes the same to be true.

Complainant signature

Subscribed and sworn to
before me this       day
of                   , 20

Signature of Notary Public

*Please note: Once this form is completed and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*