**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
OMAR NEWTON WILSON,

                Plaintiff,                22 **CIVIL** 9207 (AT)

    -v-                             **JUDGMENT**

NEW YORK SOCIETY FOR THE RELIEF OF THE
RUPTURED AND CRIPPLED, MAINTAINING THE
HOSPITAL FOR SPECIAL SURGERY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 13, 2023, the Court ADOPTS Judge Cott's R&R in its entirety. Defendants motion to dismiss is GRANTED. Plaintiff may file an amended complaint by January 12, 2024, repleading only his Title VII claim.

**Dated:** New York, New York

      December 13, 2023

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                            **BY:**

                                                         **Deputy Clerk**